IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-773-RM-KLM

James M. Bertolo et al.

Russell Foreman, Melvin Fisher, Dennis Dunnan

V.

Rick Raemisch CDOC et al.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 27 2019
JEFFREY P. COLWELL
CLERK

## DECLARTORY STATEMENT OF TRUTH FOR CASE BERTOLO V. RAEMISCH

I, Melvin Fisher inmate #129218 hereby declare: I am a prisoner of the Colorado Department of Corrections and housed at the Sterling Correctional Facility located in Logan County Colorado local address P.O. Box 6000 Sterling Colorado 80751, and I make the following statement without duress or coercion in support of the above captioned case and state allegedly upon information and belief to the following:

That I am a prospective plaintiff in case 17CV-773-RM-KLM pertaining to claim #52 and seek

Relief jointly and severally for issues of claim 52 with plaintiff James M. Bertolo and other prospective plaintiffs Russell Foreman, Dennis Dunnan and others similarly situated.

I am a mobility impaired person as defined by the American with Disabilities Act, who has been deprived independent and safe access to programs, activities, and exercise equipment because of the discriminative actions or inactions of the Sterling Correctional facility custodial agents of the Colorado Department of Corrections and its current and former executive directors, current and former wardens of Sterling Correctional Facility since my arrival.

I have experienced retaliatory and discriminating threats when requesting to file grievances for known existing barriers that continue at the Sterling correctional facility. The following barriers have created problems for me to utilize or access my cell furniture Bed, TV, door, desk and electric outlets creating stress and frustration in my daily routine, because until April 2019 I was forced to use a non-accessible cell for my housing, which I then was moved to a ADA cell that is smaller than all the other cells of non ADA status and an overhead bunk, and latter that creates great difficulty in my getting in or out of bed from my wheelchair safely.

discriminative manner. Because of a known beam structural barrier depending on my chair I must drive my chair on an elevated safety curb while entering or exiting the gym preventing simple access the indoor gym programs. Activities etc.

Hazardous obstacles of unsafe doors of classes swing openly into hallways adjoined entrances casing preventable injuries by any door opening. The Law Library door is so resistant between an improperly placed book shelves in front of the door that poses potential harms

Sidewalks are obstructed by debris that impedes wheelchairs safe or independent access, because the sidewalks are not maintained. I have suffered wheelchair damage from cracked rims or wheels because the sidewalks are missing small sections impeding wheel-chair access.

There is no designated covered wheelchair area for mobility impaired persons from protection of the outdoor weather elements. The only equipment outdoors for any exercise is located next to a gutter which isn't even kept clear of rain water.   The outdoor equipment isolates mobility impaired people suffering non maintenance from rust and the area provides no protection from the inclement weather like extreme heat, cold.

Access to the public phone in the provided booths are not properly placed. The phones have tables used for seating and obstruct the use of some phones, and those phones designated as ADA accessible are used more by able bodied persons, because able bodied persons take blue chairs into the phone booths preferring them over any table seat, where staff fails to monitor abusive use chairs that impede the path of wheel-chair persons like me.

The housing units provide one disabled toilet stall, lacking a required second alternative. Staff fails or ignores any effort to keep an ADA accessible toilets available for disabled persons. The housing units use non ADA counters for canteen or laundry distribution.

The chow hall seating for wheelchairs is unmonitored where CDOC staff does not police or for wheelchair persons to sit.   Medline counters are too high for any mobility wheelchair persons, and is a known structural barrier depriving my ability to fully conduct medical business as able bodied offenders.

 I declare under penalty of perjury that the foregoing is true and correct, executed at SCF Logan county Colorado on this  6-25  day of June 2019.

*[signature]* /79218

**MELVIN FISHER #**
**Sterling Correctional Facility**
**P.O. Box 6000**
**Sterling Colorado 80751**

3